**Order entered October 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court has received correspondence from court reporter Jennifer Corley stating that appellant tendered full payment for the remaining portions of the reporter's record on October 7, 2013. Because the Court had previously ordered that the record be filed by October 6, 2013, Ms. Corley was not sure how to proceed. We will treat the letter as request for an extension of time to file the remaining portions of the reporter's record.

As such, we **GRANT** the October 7, 2013 extension request and **ORDER** Ms. Corley to file the remaining portions of the reporter's record by **DECEMBER 2, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jennifer Corley, official court reporter, County Court at Law No. 6; Janine Joyce Charboneau; and the Collin County District Attorney's Office.

/s/     LANA MYERS
JUSTICE